■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRI L. BUNNELL, Defendant-Appellant. [877 NYS2d 709]—Motion for reargument granted to the extent that the appeal should be added to the calendar for the May 2009 Term of Court for counsel to address the question whether County Court erred in

delegating its responsibility to conduct the restitution hearing to its court attorney. Present—Smith, J.P., Centra, Peradotto and Gorski, JJ. (Filed Apr. 7, 2009.)